UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RANDALL CLOUGH,**

    **Plaintiff,**

**v.**           Case No: 6:18-cv-2069-Orl-41GJK

**MCCLURE CONSTRUCTION CO, LLC.,**

    **Defendant.**

## ORDER

THIS CAUSE is before the Court on Plaintiff's Second Motion for Default Final Judgment and for Attorney's Fees and Costs (Doc. 14). United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation (Doc. 15), in which he recommends that the Court grant Plaintiff's Motion.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Second Motion for Default Final Judgment and for Attorney's Fees and Costs (Doc. 14) is **GRANTED**.

2. The Report and Recommendation (Doc. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

3. The Clerk is directed to enter a final Default Judgment in favor of Plaintiff and against Defendant for $4,404.50.[1] Then, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 10, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

---

[1] This number is the sum total of $508.00 in Fair Labor Standards Act damages, $1,110.00 in breach of contract damages, $2,321.50 in attorney's fees, and $465.00 in costs